GEOFFREY A. HANSEN
Acting Federal Public Defender
TAMARA CREPET
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Tamara_Crepet@fd.org

Counsel for Defendant JIMENEZ-VERDUZCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br><br>RAUL JIMENEZ-VERDUZCO,<br>          Defendant. | No. CR 21-MJ-71653-MAG<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING RE: BAIL, IDENTIFICATION OF COUNSEL, AND STATUS OF PRELIMINARY HEARING; AND TO EXCLUDE TIME<br><br>**UNDER SEAL**<br><br>**Hon. Robert M. Illman** |

   Defendant Raul Jimenez-Verduzco and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the hearing regarding bail, identification of counsel, and status of the preliminary hearing set for November 1, 2021, may be continued to November 3, 2021. The reason for the requested continuance is that Pretrial Services needs additional time to put together a bail report, and the defense needs additional time to gather information relevant to bail.

   The parties additionally stipulate and agree that time shall be waived from November 1, 2021 to November 3, 2021, pursuant to Rule 5.1(c) (time for a preliminary hearing), 18 U.S.C. § 3161(b) (requiring any information or indictment be filed within 30 days of arrest), and 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv) (time for a speedy trial).

///

IT IS SO STIPULATED.

Dated: October 29, 2021

GEOFFREY A. HANSEN
Acting Federal Public Defender
_____/s/_____
Tamara Crepet
Assistant Federal Public Defender

Dated: October 29, 2021

STEPHANIE M. HINDS
Acting United States Attorney
_____/s/_____
Lina Peng
Assistant United States Attorney

## [P~~ROPOSED~~] **ORDER**

Upon agreement and stipulation of the defendant Raul Jimenez-Verduzco, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Raul Jimenez-Verduzco's hearing regarding bail, identification of counsel, and the status of the preliminary hearing be continued to November 3, 2021.

It is further ORDERED that the defendant has waived time for purposes of Rule 5.1(c), 18 U.S.C. § 3161(b), and 18 U.S.C. § 3161(h), and specifically, that he has waived time from November 1, 2021 to November 3, 2021.

IT IS SO ORDERED.

DATED: October 29, 2021

_____
HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER
CR 21-MJ-71653-MAG