```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-cr-00439-BLF-1 |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| RAUL JIMENEZ-VERDUZCO, | |
| Defendant. | |

The parties, through their counsel of record, stipulate as follows:

The defendant is charged by Indictment with Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A). The parties appeared for a detention hearing before the Honorable Kandis Westmore on November 16, 2021. The parties are currently set to appear for an initial appearance before the District Court for January 18, 2022 at 9:00 AM.

STIPULATION AND ORDER

The government plans to produce a substantial amount of discovery in the near future, which defense counsel and the defendant will need time to review. Therefore, the parties hereby stipulate and agree:

1. The time between November 16, 2021 and January 18, 2022, should be excluded under the Speedy Trial Act because failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: November 18, 2021          /s/
                                  Lupe Martinez
                                  Attorney for Defendant Raul Jimenez-Verduzco

Dated: November 18, 2021          /s/
                                  Ross Weingarten
                                  Assistant United States Attorney

STIPULATION AND ORDER

**ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between November 16, 2021 and January 18, 2022, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between November 16, 2021 and January 18, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between November 16, 2021 and January 18, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

DATED: November  22, 2021

HONORABLE KANDIS WESTMORE
United States Magistrate Judge